DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEDALIST BUILDING GROUP, LLC, JEREMY D. LEMASTER, JESSICA M. LEMASTER, PALM CITY SUNSET, LLC,** and **MEDALIST HOMES, LLC,**
Appellants,

v.

**MARTIN COUNTY, FLORIDA,**
Appellee.

No. 4D2023-1793

[July 18, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 16001353CAAXMX.

Richard L. Rosenbaum of the Law Offices of Richard Rosenbaum, Fort Lauderdale, for appellants.

Carri S. Leininger and Maureen Martinez of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***